Brotherton Construction Co., Appellant, *v.* Patterson-Emerson-Comstock, Inc.

Argued January 15, 1962. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*G. Clinton Fogwell, Jr.,* with him *Lawrence E. Wood,* and *Reilly, Fogwell & Lentz,* for appellant.

*George J. McConchie,* with him *W. Edward Greenwood,* and *Hodge, Hodge & Cramp,* and *Gawthrop & Greenwood,* for appellee.

OPINION BY MR. JUSTICE MUSMANNO, March 13, 1962:

The judgment of the court below is affirmed on the able opinion of Judge LICHTENFELD of the Court of Common Pleas of Chester County.